UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EFREM WALKER, Individually, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CANTON CO. : <br> A Domestic Company : <br> : <br> Defendant. : <br> _____/ : | Case No. 5:11-cv-13998 |

**<u>NOTICE OF SETTLEMENT</u>**

The parties, through their undersigned counsel, hereby inform the Court that settlement of the present matter has been reached and the parties are in the process of having the settlement agreement signed by the respective parties. The parties anticipate filing a dismissal with prejudice within the next 21 days.

The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: October 25, 2012

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: _/s/ Pete M. Monismith___ | By: _/s/ Jeffrey C. Stearns_____ |
| Pete M. Monismith, Esq. <br> Pete M. Monismith, P.C. <br> 3945 Forbes Ave., #175 <br> Pittsburgh, PA 15213 <br> ph. (724) 610-1881 <br> pete@monismithlaw.com | Jeffrey C. Stearns, Esq. <br> JEFFREY C. STEARNS, P.C. <br> 2979 Cedar Key Drive <br> Lake Orion, MI 48360 <br> (248) 425-1681 <br> (248) 391-1348 Fax <br> jcstearns@att.net <br> P59751 |