UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EFREM WALKER, Individually,

    Plaintiff,

v.

    Case No. 5:11-cv-13998

CANTON CO.
A Domestic Company

    Defendant.
_____/



FILED
NOV 1 2 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania 15213
Telephone: (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Jeffrey C. Stearns
JEFFREY C. STEARNS, P.C.
2979 Cedar Key Drive
Lake Orion, MI 48360
(248) 425-1681
(248) 391-1348 Fax
jcstearns@att.net
P59751

*Attorneys for Defendant*

---

### STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE

At a session of said Court, held in the U.S. District Court for the Eastern District of Michigan,
    On: _November 12, 2012_

_____
JOHN CORBETT O'MEARA
PRESENT: John Corbett O'Meara
United States District Court Judge

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

_____
Honorable John Corbett O'Meara
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Jeffrey C. Stearns |
| PETE M. MONISMITH | JEFFREY C. STEARNS, P.C. |
| PETE M. MONISMITH, PC | 2979 Cedar Key Drive |
| 3945 Forbes Avenue, | Lake Orion, MI 48360 |
| Suite #175 | (248) 425-1681 |
| Pittsburg, Pennsylvania 15213 | (248) 391-1348 Fax |
| Telephone: (724) 610-1881 | jcstearns@att.net |
| Facsimile (412) 258-1309 | P59751 |
| Pete@monismithlaw.com | |
| **Attorneys for Plaintiff** | |
| | Dated: November 9, 2012 |
| Dated: November 9, 2012 | |